UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-518-CR-HIGHSMITH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TRAVIS BULLOCK

        Defendant.
_____/

## O R D E R

THIS MATTER having come before the Court upon the Federal Public Defender Office's, Motion to Withdraw And Appointment of Hector Flores as Counsel, [D.E. #35]. The Court having again reviewed said motion and being fully advised as to the facts and circumstances of this case, it is

ORDERED AND ADJUDGED that the Motion to Withdraw is hereby GRANTED. The Federal Public Defender's Office is hereby permitted to withdraw as counsel of record for Defendant TRAVIS BULLOCK and Attorney Hector Flores, Esq., is hereby noted as retained counsel of record for all further proceedings in this cause.

DONE AND ORDERED, in Miami, Florida, this 4th day of September, 2008.

                                                          SHELBY HIGHSMITH,
                                           UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender Office
    Hector Flores, Esq.